1:07-cv-2347

Does Dr. Weber's evaluation of the plaintiff meet the definition of a disability (Dyslexia) under the ADA?

Under the ADA, does Dyslexia neccessarily based on the name or diagnosis of the impairment qualify it as a disability?

Does the City of Atlanta Fire Dept. have the legal right to exclude ~~Indivi~~ groups of individuals normally covered under the ADA act specifically under the announcements of the ~~FOA II, FOA~~ FAO II, FAO, LT exam announcements specific items normally covered by ADA are excluded as job requirements?

Smith W. Perkins
5/6/10